IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

**ORDER**

AND NOW, this            day of June, 2002, it is **ORDERED** that upon review of plaintiffs complaint, the management track of this case shall be changed from "SPECIAL" to "STANDARD." The Clerk shall modify the docket accordingly.

_____
S.J.