IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

### ORDER

AND NOW, this 30TH day of September, 2002, it is **ORDERED** that the Fed. R. Civ. P. 16 conference and oral argument previously noticed for October 1, 2002, will be held on **OCTOBER 21, 2002** at **10:00 a.m.** in Courtroom 10-A.

ATTEST:                                                   or         BY THE COURT:

By:_____                    /s/ Norma L. Shapiro, J._____
    Madeline F. Ward, Deputy Clerk                                                                      J.

Case 2:02-cv-03511-NS    Document 13    Filed 10/01/2002    Page 2 of 2