IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INS. CO. | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA HOUS. AUTH. | : | NO. 02-3511 |

**ORDER**

\_\_\_\_\_AND NOW, this 22nd day of October, 2002, after a hearing on October 21, 2002, in which counsel for all parties were heard, it is hereby **ORDERED** that defendant's Motion to Dismiss is **DENIED**, without prejudice to a Motion for Summary Judgment, for the reasons stated at the hearing.

_____
S.J.