IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

### ORDER

AND NOW, this 7th day of November, 2002, it is hereby **ORDERED** by the Court that a

**Settlement Conference** concerning the above-captioned action is will be held on **December 2, 2002**,

at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia,

Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the

status of settlement negotiations to date.  Each attorney appearing for a party must have the authority

to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE