IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ST. PAUL MERCURY INSURANCE COMPANY    :    CIVIL ACTION
              :
       v.           :
              :
              :
PHILADELPHIA HOUSING AUTHORITY    :    NO. 02-3511

## ORDER

AND NOW, this 12th day of November, 2002, it is hereby **ORDERED** by the Court that the

Order dated November 12, 2002, which scheduled a **Settlement Conference** concerning the above-

captioned action on December 6, 2002, is VACATED.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE