IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ST. PAUL MERCURY INS. CO.** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA HOUS. AUTH.** | : | |
| **and** | : | |
| **SAN LUCAS CONSTR. CO., INC.** | : | NO. 02-3511 |

## ORDER

AND NOW, this 20th day of November, 2002, after a telephone conference in which counsel for all parties were heard, and it appearing that the parties are unable to complete discovery before a scheduled settlement conference and the commencement of a related state court action, it is hereby **ORDERED** that:

    1.  The settlement conference before Magistrate Judge M. Faith Angell is postponed until further notice.

    2.  Discovery is stayed and this action is placed in administrative suspense pending the outcome of the state court action before Judge Sheppard.

    3.  Counsel shall advise the court in writing regarding the status of the state court action immediately upon its resolution.

                                                            _____
                                                                        S.J.