IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INS. CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY, et al. | : | NO. 02-3511 |

## ORDER

AND NOW, this 24th day of December, 2002, it is **ORDERED** that a status conference will be held on **JANUARY 21, 2003** at **3:00 P.M.** in Chambers.

ATTEST:                                    or        BY THE COURT:


                                                    /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                      Norma L. Shapiro, J.