IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

**ORDER**

      AND NOW, this 21st day of January, 2003, accordance with Local Rule 72.1, it is **ORDERED** that this case is referred to the Honorable M. Faith Angell, United States Magistrate Judge, for:

/ /    TRIAL, pursuant to 18 U.S.C. § 3401 and the Rules of Procedure for the Trial of Minor Offenses before United Sates Magistrates, adopted by the United States Supreme Court, January 27, 1971.

       APPEAL   U.S.C.A. _____U.S.D.C. _____

/ /    HEARING AND DETERMINATION, pursuant to 28 U.S.C. § 636(a)(1)(A), of the following pretrial matter(s):_____
_____.

/ /    Preliminary review and submission of a Report and Recommendation with respect to:
       / /    the 2254 petition pending herein.
       / /    the 2255 petition pending herein.
       / /    the prisoner petition challenging conditions of confinement pending herein.

/ /    Conducting hearings, including evidentiary hearings, if necessary, and submission of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B)&(C) of the following:_____
_____.

/ /    Conducting hearings, including evidentiary hearings, if necessary, and submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B)&(C), and, as applicable, Rule 8(b) of the Rules Governing Section 2254 cases or Rule 8(b) of the Rules Governing Section 2255 Cases, of:
       / /    the 2254 petition pending herein.
       / /    the 2255 petition pending herein.
       / /    the prisoner petition challenging conditions of confinement pending herein.

/ /    Serving as Special Master to hear, determine and report, which shall include findings of fact and conclusions of law, in accordance with the provisions of Fed.R.Civ.P. 53, the following:_____
_____.

/ /    Report and Recommendation on cross-motions for summary judgment, pursuant to 28 U.S.C. § 636(b)(1)(B).

/ x /    **SETTLEMENT DISCUSSIONS**.


ATTEST:                                        OR           BY THE COURT:

By:_____/s/ Norma L. Shapiro, J._____
      Deputy Clerk                                                                                                         S.J.