IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

### ORDER

AND NOW, this 4th day of March, 2003, upon consideration of correspondence to the Court from Defendant's counsel dated March 4, 2003, it is hereby **ORDERED** that the **Settlement Conference** concerning the above-captioned action which was scheduled for March 6, 2003, will now take place on **March 12, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE