IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ST. PAUL MERCURY INSURANCE COMPANY : CIVIL ACTION
:
v. :
:
PHILADELPHIA HOUSING AUTHORITY : NO. 02-3511

## ORDER

AND NOW, this       day of April, 2003, upon consideration of a joint motion to conduct additional limited discovery (Paper No. 36), it is **ORDERED** that said motion is **GRANTED**.

1. Discovery, outlined in paragraph six (a) through (e) of the parties' motion shall be completed on or before **MAY 22, 2002**.

2. Plaintiff's final pretrial memorandum shall be filed on or before **MAY 22, 2003**.

3. Defendant's final pretrial memorandum shall be filed on or before **JUNE 23, 2003**.

4. The final pretrial conference previously noticed for June 16, 2003, is **CONTINUED** to **JULY 15, 2003** at **4:00 p.m.**  Oral argument on any outstanding motions will be heard at that time.

5. The case will be placed in the jury trial pool on **JULY 16, 2003**.

6. All other provisions of this court's Order of January 21, 2003, as modified March 14, 2003, remain unchanged.

7. No further requests for continuance of these dates will be considered absent **EXTREME** good cause.

J.