IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

## ORDER

AND NOW, this 15th day of April, 2003, upon consideration of correspondence to the Court from Defendant's counsel dated April 15, 2003, it is hereby **ORDERED** that the **Settlement Conference** concerning the above-captioned action which was scheduled for April 16, 2003, will now take place on **May 15, 2003**, at **10:00 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE