IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

## ORDER

AND NOW, this 15th day of May, 2003, after conducting a settlement conference with counsel in the above-captioned matter, and because the issues herein were not resolved, the Clerk is directed to remove this case from my docket and return it to Judge Shapiro's calendar.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE