IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INS. CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUS. AUTH. | : | NO. 02-3511 |

**ORDER**

AND NOW, this 11th day of July, 2003, it is **ORDERED** that:

1. The final pretrial conference previously noticed for July 15, 2003, at 4 p.m. will now be held on **August 19, 2003, at 2 p.m**. Trial counsel must attend. Unless the court has otherwise granted permission, whoever attends the final pretrial conference will try the case.

    In addition to each trial counsel, a representative of each plaintiff and defendant with full authority to settle the case shall attend. If Mr. Leithead is unable to attend on behalf of defendant Philadelphia Housing Authority ("PHA"), PHA's executive director, Mr. Carl R. Greene, shall attend.

2. This case will be placed in the jury trial pool on **August 20, 2003**, subject to call on 48 hours notice in accordance with the standing rule of this court as published in The Legal Intelligencer. **On or before the date of trial, the parties shall submit points for charge and may submit proposed voir dire questions or jury interrogatories**, preferably on a computer disk.

3. No further requests for continuance of these dates will be considered absent extreme good cause.

_____
S.J.