IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

## ORDER

AND NOW, this 14TH day of July, 2003, it is **ORDERED** that the copy of "Plaintiff St. Paul Mercury Insurance Company's Opposition to Defendant's Motion for Partial Summary Judgment," attached hereto, is deemed an original filed of record on July 10, 2003, *nunc pro tunc*.

S.J.