```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ST. PAUL MERCURY INS. CO.     :    CIVIL ACTION
                              :
v.                            :
                              :
PHILADELPHIA HOUS. AUTH.      :    NO. 02-3511
```

### ORDER

_____AND NOW, this 17th day of July, 2003, on consideration of the Motion in Limine to Preclude or Limit the Testimony of Plaintiff's Expert Witnesses (Paper #46), and the Opposition to the Motion filed by St. Paul Mercury Insurance Company (Paper #50), it is **ORDERED** that, at the final pretrial conference on **August 19, 2003, at 2 p.m.**, the court will conduct a hearing to determine whether, under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 592 (1993), the testimony of the proposed experts, Anthony Creamer and William A. Manginelli, is both relevant and reliable.

```
                              _____
                                                        S.J.
```