IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 02-CV-3511 |
| PHILADELPHIA HOUSING AUTHORITY | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY'S
MOTION TO PRECLUDE TESTIMONY OF CERTAIN WITNESSES**

Plaintiff St. Paul Mercury Insurance Company ("St. Paul"), by its undersigned counsel, hereby requests that the Court preclude the testimony of three witnesses identified in the Pretrial Memorandum of Defendant Philadelphia Housing Authority ("PHA"): James Conlin, Vince Mancini, and George Gomez. The ground for this motion, as set forth in detail in the memorandum in support of this motion, is that PHA failed to disclose these three alleged "witnesses" during discovery.

Respectfully submitted,

VENABLE, BAETJER AND HOWARD, LLP

By: _____
Paul F. Strain
James A. Dunbar
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400
Attorneys for Plaintiff
St. Paul Mercury Insurance Company

TO1DOCS/164493v4

Dated: 7/30/03

**DEVLIN & DEVINE**

By: *William J. Devlin, Jr.* /s/
William J. Devlin, Jr.
Devlin & Devine
100 West Elm Street, Suite 200
Conshohocken, Pennsylvania 19428
(610) 397-4600