

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | : | CIVIL ACTION NO. 02-3511 |
| Plaintiff, | : | |
| v. | : | |
| PHILADELPHIA HOUSING AUTHORITY, | : | |
| Defendant. | : | |

## INITIAL DISCLOSURES OF DEFENDANT PHILADELPHIA HOUSING AUTHORITY PURSUANT TO FED R. CIV. P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant Philadelphia Housing Authority

("PHA"), by its undersigned counsel, submits its initial required disclosures.

**A.    Individuals Likely to Have Discoverable Information**

PHA identifies the following individuals likely to have discoverable information that

it may use to support its claims or defenses, and reserves the right to supplement or amend

this list of individuals, as appropriate, in accordance with Fed. R. Civ. P. 26(e):

*Exhibit A*

| PERSON | SUBJECT OF INFORMATION |
|---|---|
| 1. Ulise Rivera (deceased)<br>PHA Project Manager | PHA supervision and management of the Richard Allen Homes public housing construction project (the "Project); work performed by general contractor San Lucas Construction Company, Inc. ("San Lucas") and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 2. Sheila A. Maxwell<br>PHA Contracting Officer | Issuance of payment and performance bonds by Plaintiff St. Paul Mercury Insurance Company ("St. Paul") to San Lucas; General Agreement of Indemnity; PHA contract with San Lucas; PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 3. Larry Woods<br>Former PHA HOPE VI<br>Program Manager<br><br>(now employed by Wilmington Housing Authority) | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |

100847.00610/21065944v1

| PERSON | SUBJECT OF INFORMATION |
|---|---|
| 4. Greg Hampson<br>PHA Project Engineer | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 5. Tim Trzaska<br>Former PHA Project Engineer | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 6. James A. Fratoni<br>PHA Project Engineer | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |

| PERSON | SUBJECT OF INFORMATION |
|---|---|
| 7. Len Trower<br>PHA Contract Administrator | PHA contract with San Lucas; PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 8. Albert J. Novack<br>PHA Contracts Director | PHA contract with San Lucas; PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work, San Lucas payments to suppliers and subcontractors, PHA payments to San Lucas and retention of progress payments, St. Paul takeover of SanLucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 9. Galo Gutierrez<br>President, San Lucas<br>534 South 15th Street<br>Phila., PA 19146 | St. Paul's issuance of payment and performance bonds to San Lucas; General Agreement of Indemnity; PHA contract; PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |

-4-

| PERSON | SUBJECT OF INFORMATION |
|---|---|
| 10. Urkia Hernandez<br>Vice President, San Lucas<br>534 South 15th Street<br>Phila., PA 19146 | St. Paul's issuance of payment and performance bonds to San Lucas; General Agreement of Indemnity. |
| 11. Clinton Biddle<br>San Lucas<br>534 South 15th Street<br>Philadelphia, PA 19146 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |
| 12. De Nofa Construction<br>Representative<br>(possibly Cyryl Edwards)<br>1137 E. Venango Street<br>Philadelphia, PA 19134 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation delays and completion of work on the Project. |
| 13. Nu-Mor Electric<br>Representative<br>(possibly Leonard Nucero, Jr.<br>or Jack Balawich)<br>2201 Hunter Road<br>Philadelphia, PA 19134 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation delays and completion of work on the Project. |

100847.00610/21065944v1

| <u>PERSON</u> | <u>SUBJECT OF INFORMATION</u> |
|---|---|
| 14. James J. Gory Mechanical Contracting, Inc. Representative (possibly Jim Gory or Joe Mastrangelo) 4692 York Road P.O. Box 580 Buckingham, PA 18912 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation delays and completion of work on the Project. |
| 15. Ross-Araco Corporation Representative (possibly Richard Widmeier or Alan J. Ross) 4110 Butler Pike Suite A-105 Plymouth Meeting, PA 19462 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation delays and completion of work on the Project. |
| 16. Delta Removal, Inc. Representative (possibly Dennis Glancey) 1345 Industrial Highway Southampton, PA 18966 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work. |
| 17. Arena Construction Representative (Address to be provided) | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work. |
| 18. Bob Kahan Contract Completion, Inc. ("CCI") 33 Rock Hill Road Bala Cynwyd, PA 19004 | Work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; CCI contract with St. Paul; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor; selection process for contractor to complete project; delays and completion of work on the Project. |

-6-

| **PERSON** | **SUBJECT OF INFORMATION** |
|---|---|
| 19. NDK Contractors, Inc. ("NKD") Representative (possibly Dave Kamenish) | Work performed by San Lucas and other prime contractors; progress of the Project and completion of work; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor; selection process for contractor to complete project; NDK contract with St. Paul; delays and completion of work on the Project. |
| 20. Chris Ruck Plaintiff St. Paul | Issuance of payment and performance bonds by Plaintiff St. Paul Mercury Insurance Company ("St. Paul") to San Lucas; General Agreement of Indemnity; PHA contract with San Lucas; PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; meetings with PHA and San Lucas; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor; St. Paul performance under bonds, selection process for contractor to complete project; NDK contract with St. Paul; delays and completion of work on the Project. |

-7-

| PERSON | SUBJECT OF INFORMATION |
|---|---|
| 21. Christine Alexander, Esquire<br>Plaintiff St. Paul | Issuance of payment and performance bonds by Plaintiff St. Paul Mercury Insurance Company ("St. Paul") to San Lucas; General Agreement of Indemnity; PHA contract with San Lucas; PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; meetings with PHA and San Lucas; St. Paul takeover of San Lucas-PHA contact and subsequent events, including without limitation notice of default and termination of contractor; St. Paul performance under bonds, selection process for contractor to complete project; NDK contract with St. Paul; delays and completion of work on the Project. |
| 22. William A. Manginelli<br>Trauner Consulting Services<br>(Expert retained by St. Paul) | All facts, opinions and conclusions set forth in any and all reports issued by Trauner Consulting Services in connection with the Project, St. Paul's takeover of the PHA-San Lucas contract, and this litigation. |
| 23. Wallace Roberts & Todd<br>(probably Dave Stembel)<br>260 South Broad St<br>Philadelphia, PA 19102-5021 | PHA supervision and management of the Project; work performed by San Lucas and other prime contractors; progress of the Project, delays and completion of work; San Lucas payments to suppliers and subcontractors; PHA payments to San Lucas and retention of progress payments; St. Paul takeover of San Lucas-PHA contract and subsequent events, including without limitation notice of default and termination of contractor. |

-8-

B.    <u>Documents, Data, Compilations and Tangible Things</u>

PHA describes the following documents, data, compilations and tangible things that are in its possession, custody or control which it may use to support its claims or defenses, and reserves the right to supplement or amend this list of documents as appropriate, in accordance with Fed. R. Civ. P. 26(e):

1.    Correspondence between St. Paul and PHA, 1997-2000;

2.    Correspondence between St. Paul and San Lucas (and Gutierrez and Hernandez), 1997-2000;

3.    Correspondence between PHA and San Lucas, 1997-2000;

4.    Project procurement materials, bid package, bids;

5.    Contract Agreement between PHA and San Lucas (including all component parts identified in Article 5), including without limitation all modifications and change orders;

6.    General Agreement of Indemnity between St. Paul and San Lucas, Gutierrez, Hernandez;

7.    St. Paul Payment and Performance Bonds;

8.    Project plans and schedules;

9.    U.S. Army Corps of Engineers Construction Management Reports, including without limitation all attached materials and Project completion information;

10.    San Lucas Requests for Payment, including without limitation San Lucas certifications regarding Project completion;

11.    PHA Daily Project Progress Reports, Job Progress Meetings (including without limitation all related materials and minutes of meetings), Scheduling and Progress Charts;

12.    Correspondence between San Lucas and Project subcontractors and suppliers;

13.    Correspondence between St. Paul and Project subcontractors and suppliers;

100847.00610/21065944v1

14. St. Paul payments to Project subcontractors and suppliers;

15. Documents relating to meetings or communications between St. Paul, PHA and/or San Lucas regarding Project performance;

16. St. Paul Project Takeover Agreement and related materials;

17. PHA estimates of Project work to be completed and cost;

18. St. Paul (including without limitation CCI and/or NDK) estimates of Project work to be completed and cost;

19. Documents relating to meetings and/or communications between St. Paul and Bob Kahan (including without limitation any other representative of CCI);

20. Documents relating to meetings and/or communications between St. Paul and NDK;

21. St. Paul procurement materials for Project completion, bids, acceptance and/or rejection;

22. Documents relating to NDK completion of work on Project and payment from St. Paul to NDK;

23. St. Paul videotapes of Project (also converted into CD-ROMs);

24. Photographs of Project;

25. St. Paul Expert Report from Trauner Consulting Services;

26. Deposition transcripts (and all attached exhibits) from related case San Lucas v. PHA, Phila. CCP, February Term 2000, No. 2190 (including without limitation U. Rivera, G. Gutierrez, C. Alexander, B. Kahan).

27. Pleadings, discovery responses and documents exchanged in related case San Lucas v. PHA, Phila. CCP, February Term 2000, No. 2190.

## C.  Computation of Damages

PHA denies that St. Paul is entitled to any damages in this action.

-10-

D.     <u>Insurance Information</u>

     Not applicable.

                        BLANK ROME COMISKY & MCCAULEY LLP

                        BY: _____
                            DENIS JAMES LAWLER
                            DANIEL E. RHYNHART
                            ERIC S.E. STUMP
                            One Logan Square
                            Philadelphia, PA 19103-6998
                            (215) 569-5500

                            Attorneys for Defendant,
                            Philadelphia Housing Authority

Dated:  September 24, 2002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Initial Disclosures of Defendant

Philadelphia Housing Authority Pursuant to Fed. R. Civ. P. 26(a)(1) was served this 24th day

of September, 2002 by facsimile and first class mail upon counsel of record as noted below:

> William J. Devlin, Jr., Esquire
> Devlin & Devine
> 100 West Elm Street, Suite 200
> Conshohocken, PA  19428
>
> James Dunbar, Esquire
> Paul F. Strain, Esquire
> Venable Baetjer & Howard, LLP
> 1800 Merchantile Bank & Trust B
> 2 Hopkins Plaza
> Baltimore, MD  21201-2978

_____
DANIEL E. RHYNHART