IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY<br><br>   Plaintiff<br><br>v.<br><br>PHILADELPHIA HOUSING AUTHORITY<br><br>   Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 02-CV-3511<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \*

## ORDER

HAVING REVIEWED AND CONSIDERED Plaintiff St. Paul Mercury Insurance Company's Motion And Memorandum Of Law to Preclude Testimony of Certain Witnesses, any response thereto, any reply thereto, and any oral argument thereon, it is this ____ day of August, 2003 hereby

ORDERED that the aforesaid Motion be and hereby is GRANTED; and it is further

ORDERED that Defendant Philadelphia Housing Authority ("PHA") shall not introduce the testimony of James Conlin, Vince Mancini, or George Gomez at the trial of this case.

_____
Hon. Norma J. Shapiro
Senior United States District Court Judge

TO1DOCS/164493v4