IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *    Civil Action No. 02-CV-3511 |
| PHILADELPHIA HOUSING AUTHORITY | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO COMPEL

Plaintiff St. Paul Mercury Insurance Company ("St. Paul"), by its undersigned attorneys, hereby moves to compel the production by PHA of electronic mail messages relevant to the facts and circumstances of this case. The grounds for this motion, which are set forth in full in the memorandum in support hereof, are that the e-mails have been requested by St. Paul in its document request and are plainly within the scope of discovery in this case, but PHA has failed to provide them in discovery.

Respectfully submitted,

VENABLE, BAETJER AND HOWARD, LLP

By: _____
Paul F. Strain
James A. Dunbar
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400
Attorneys for Plaintiff
St. Paul Mercury Insurance Company

TO1DOCS1#165894v1

DEVLIN & DEVINE

Dated: 7/31/03      By: _William J. Devlin, Jr._
William J. Devlin, Jr.
Devlin & Devine
100 West Elm Street, Suite 200
Conshohocken, Pennsylvania 19428
(610) 397-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2003, **Plaintiff St. Paul Mercury Insurance Company's Motion to Compel** was telecopied and mailed via first-class mail, postage prepaid, to:

> Denis James Lawler, Esquire
> Daniel E. Rhynhart, Esquire
> Blank Rome Comisky & McCauley, LLP
> One Logan Square
> Philadelphia, PA 19103-6998
> Counsel for Defendant and Counter-Plaintiff
> Philadelphia Housing Authority

James A. Dunbar