# EXHIBIT 2

VENABLE BAETJER AND HOWARD, LLP
Including professional corporations

210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517
(410) 494-6200, Fax (410) 821-0147
www.venable.com

OFFICES IN

MARYLAND
WASHINGTON, D.C.
VIRGINIA


ATTORNEYS AT LAW

James A. Dunbar
(410) 494-6208

jadunbar@venable.com

July 1, 2003

<u>**VIA TELECOPY TRANSMITTAL AND REGULAR MAIL**</u>

Denis Lawler, Esquire
Blank Rome Comisky & McCauley
One Logan Square
Philadelphia, Pennsylvania 19103-6998

Re:  St. Paul Mercury Insurance Co. v. Philadelphia Housing Authority

Dear Denis:

I am writing to follow up on our telephone conversation of this morning. I would appreciate receiving at your earliest convenience the expert-related information required under Rule 26(A)(2), including specifically your proposed experts' qualifications, a list of all publications authored by him or them within the preceding 10 years, the compensation to be paid for the study and testimony, and a listing of any other cases in which the witness or witnesses have testified as experts by trial or deposition within the last 4 years.

On a separate matter, I note that your pretrial memo refers to recently discovered PHA e-mails that are within the scope of discovery in this case. Obviously, I would like to have the opportunity to review those e-mails at your earliest convenience, and I reserve the right to add them to our exhibit list to the extent they are relevant and permitted by the Judge.

Thank you for your attention to these matters.

Very truly yours,

James A. Dunbar

JAD/ccj

CM#30067 159935
TO1DOCS1#155546v6

**Exhibit 2**