IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 02-CV-3511 |
| PHILADELPHIA HOUSING AUTHORITY | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATION OF GOOD FAITH EFFORT TO RESOLVE DISCOVERY DISPUTE

I, James A. Dunbar, counsel for the plaintiff, St. Paul Mercury Insurance Company, hereby certify that I made the following efforts to resolve St. Paul's discovery dispute with PHA as to PHA's failure to produce e-mails relevant to the Richard Allen Homes construction project that is the subject matter of this case.

1. PHA first disclosed the existence of the e-mails in its pre-trial memorandum dated June 23, 2003. I was on vacation during the week of June 23. On my return from vacation, on July 1, 2003, I wrote a letter to PHA's counsel asking to review the e-mails identified in the pre-trial memorandum. A copy of my letter is attached to St. Paul's Motion to Compel as Exhibit B. PHA's counsel did not respond to that request.

2. Subsequent to July 1, 2003, I had a telephone conversation with one of PHA's counsel relating to the opportunity to review the e-mails. PHA's counsel was non-committal on the topic.

3. On July 30, 2003, I spoke to PHA's counsel about production of the e-mails, I informed him that it was necessary to receive a firm answer by July 31, 2003 on whether they

would be produced for inspection so that if the answer was negative, there would be time to file a motion to compel that would be ripe by the scheduled pre-trial conference in this case.

4.    As of the time of the drafting of the certificate, the afternoon of July 31, 2003, I have not yet received a response from PHA's counsel as to whether inspection of the e-mails will be permitted.

Respectfully submitted,

James A. Dunbar
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400
Attorneys for Plaintiff
St. Paul Mercury Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31 day of July, 2003, **Plaintiff St. Paul Mercury Insurance Company's Certification of Good Faith Effort to Resolve Discovery Dispute** was telecopied and mailed via first-class mail, postage prepaid, to:

Denis James Lawler, Esquire
Daniel E. Rhynhart, Esquire
Blank Rome Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103-6998
Counsel for Defendant and Counter-Plaintiff
Philadelphia Housing Authority

James A. Dunbar