IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

## ORDER

AND NOW, this          day of September, 2003, upon consideration of a letter from counsel for plaintiff, dated September 11, 2003, it appearing that the parties have agreed that each of them would withdraw their motion to compel production of e-mail, it is **ORDERED** that:

1. Plaintiff's Motion to Compel (paper no. 57) is deemed **WITHDRAWN**.

2. Defendant's Motion to Compel (paper no. 59) is deemed **WITHDRAWN**.

                                                                                                                    _____
                                                                                                                    S.J.