IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

### ORDER

AND NOW, this 23rd day of March, 2004, it is **ORDERED** that a settlement conference as to Counts 1 and IV of plaintiff's complaint, will be held on **WEDNESDAY, MARCH 31, 2004** at **2:00 p.m.** before The Honorable Norma L. Shapiro and The Honorable M. Faith Angell. In addition to counsel, individuals representing plaintiff and defendant with **full** authority to settle these matters, shall attend. Leave for telephone availability will be considered on a showing of good cause.

ATTEST:                              or      BY THE COURT:


                                             /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                    J.