IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

## **ORDER**

AND NOW, this 1st day of April, 2004, upon consideration of a request from counsel for plaintiff, it is **ORDERED** that the settlement conference on Counts I and IV of plaintiff's complaint previously noticed for March 31, 2004, will be held on **APRIL 27, 2004** at **2:00 p.m.** before The Honorable Norma L. Shapiro and The Honorable M. Faith Angell. In addition to counsel, individuals representing plaintiff and defendant with **full** authority to settle these matters, shall attend. Leave for telephone availability will be considered on a showing of good cause. No continuance of this date and time will be considered absent **EXTREME** good cause.

ATTEST:                                            or     BY THE COURT:


                                                                    /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                               J.