IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| PHILADELPHIA HOUSING AUTHORITY, | : | |
| Defendant | : | NO. 02-CV-3511 |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly WITHDRAW my appearance on behalf of defendant, Philadelphia Housing Authority, in the above-captioned action.

BLANK ROME LLP

BY: _____
DENIS JAMES LAWLER
Attorney I.D. No. 17154
One Logan Square
Philadelphia, PA 19103-6998
Tel:    215-569-5550

### ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly ENTER my appearance on behalf of defendant, Philadelphia Housing Authority, in the above-captioned action.

BLANK ROME LLP

BY: _____
NELSON A. DIAZ
DENNIS P. McCOOE
Attorney I.D. Nos. 15652; 74739
One Logan Square
Philadelphia, PA 19103-6998
Tel:    215-569-5734
Fax:    215-832-5734

Dated: May 5, 2004

100847.00610/21271442v1

## CERTIFICATE OF SERVICE

    I, Lisa F. Troilo, hereby certify that I am an employee of Blank Rome LLP, as secretary to Denis James Lawler, Esquire, and that on the 5th day of May, 2004, I did cause to be served, via U. S. First Class Mail, postage prepaid, a true and correct copy of the foregoing Withdrawal of Appearance/Entry of Appearance, the original of which has been electronically filed, upon the following:

Paul F. Strain, Esq.
James A. Dunbar, Esq.
Venable LLP
210 Allegheny Avenue
P. O. Box 5517
Towson, MD 21204

William J. Devlin, Jr., Esquire
DEVLIN & DEVINE
100 West Elm Street, Suite 200
Conshohocken, PA 19428

Attorneys for Plaintiff,
St. Paul Mercury Insurance Company
d/b/a The St. Paul Surety

_____
Lisa F. Troilo