IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

**ORDER**

AND NOW, this 7th day of June, 2004, it is **ORDERED** that the settlement conference on Counts I and IV of plaintiff's complaint previously noticed for June 18, 2004, is **CONTINUED** to **JUNE 30, 2004** at 10:00 a.m. before The Honorable Norma L. Shapiro and The Honorable M. Faith Angell. In addition to counsel, individuals representing plaintiff and defendant with **FULL** authority to settle these matters, shall attend. Leave for telephone availability will be considered on a showing of good cause.

ATTEST:                                      or     BY THE COURT:


                                                    /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                                J.