IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>　　　　Plaintiff | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA HOUSING AUTHORITY,<br>　　　　Defendant | : | NO. 02-CV-3511 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly WITHDRAW my appearance on behalf of defendant, Philadelphia Housing Authority, in the above-captioned action.

　　　　　　　　　　　BLANK ROME LLP

BY:　_/s/ Dennis McCooe_
　　　　　DENNIS McCOOE
　　　　　Attorney I.D. No. 74739
　　　　　One Logan Square
　　　　　Philadelphia, PA 19103-6998
　　　　　Tel:　215-569-5580

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly ENTER our appearance on behalf of defendant, Philadelphia Housing Authority, in the above-captioned action.

　　　　　　　　　　　BLANK ROME LLP

BY:　_/s/ Alan M. Lieberman_
　　　　　ALAN M. LIEBERMAN
　　　　　DANIEL E. RHYNHART
　　　　　Attorney I.D. Nos. 09894; 78248
　　　　　One Logan Square
　　　　　Philadelphia, PA 19103-6998
　　　　　Tel:　215-569-5371
　　　　　Fax:　215-832-5371

Dated:　July 3, 2004

## CERTIFICATE OF SERVICE

    I, Daniel E. Rhynhart, hereby certify that a copy of the Withdrawal of Appearance/Entry of Appearance was served via U.S. Mail, postage prepaid, on this 3rd day of July, 2004, upon the following counsel of record:

Paul F. Strain, Esq.
James A. Dunbar, Esq.
Venable LLP
210 Allegheny Avenue
P. O. Box 5517
Towson, MD 21204

William J. Devlin, Jr., Esquire
DEVLIN & DEVINE
100 West Elm Street, Suite 200
Conshohocken, PA 19428

Attorneys for Plaintiff,
St. Paul Mercury Insurance Company
d/b/a The St. Paul Surety

FILED JUL 02 2004

_____
DANIEL E. RHYNHART

100847.00610/21291412v1