IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO. 02-3511 |

**ORDER**

AND NOW, this 15TH of July, 2004, it having been reported to the court that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO THE ABOVE-NAMED DEFENDANT**. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                              or         BY THE COURT:


**By:**_____          /s/ Norma L. Shapiro, J.
    Madeline F. Ward, Deputy Clerk                                            J.